

Phone:(212) 265-7200
Fax: (917) 210-3075
Gary@mayerslaw.com

200 W 41st Street 17th Floor
NEW YORK, NY 10036

August 6, 2024

**VIA ECF**
**Hon. Mary Kay Vyskocil**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Email: VyskocilNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2024

    Re:    **R.F. v. New York City Department of Education**
             **No. 1:24-cv-03117 MKV**

Dear Judge Vyskocil:

    We represent the Plaintiffs in the above named matter. There is currently a Memorandum of Law for De Novo Review due on August 19, 2024. We are respectfully requesting an extension of time of 2 weeks to make the new due date September 3, 2024. This extension is being requested to provide Plaintiff with time to receive and file the Certified Administrative Record, and to complete and file their motion for de novo review. Plaintiff's counsel has requested a certified copy of the Administrative Record from the State Review Office. Additionally, Plaintiff's counsel is currently preparing for numerous administrative hearings relating to the 2024-2025 Twelve Month School Year which are scheduled to take place in August 2024.

    Defendants consent to this extension request. Thank you for your consideration.

    Please find the proposed scheduling order below. Thank you for your consideration:

- Plaintiff's Motion for Modified *De Novo* Review due by September 03, 2024;
- Defendant's Opposition and Cross Motion due by October 01, 2024;
- Plaintiff's Opposition to Defendant's Cross Motion and Reply due by October 22, 2024
- Defendant's Reply due by November 1, 2024

**Granted. SO ORDERED.**

Date: 8/6/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**Respectfully,**
*/s/ Gary S. Mayerson*
*/s/ John Hobbs*
Mayerson & Associates
Attorneys for Plaintiffs

Cc: Bryn Ritchie (BRitchie@law.nyc.gov)