**MAYERSON & ASSOCIATES**

Phone:(212) 265-7200
Fax: (917) 210-3075
Gary@mayerslaw.com

200 W 41st Street 17th Floor
NEW YORK, NY 10036

August 23, 2024

**VIA ECF**
**Hon. Mary Kay Vyskocil**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Email: VyskocilNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2024
```

Re:   **R.F. v. New York City Department of Education**
      **No. 1:24-cv-03117 MKV**

Dear Judge Vyskocil:

    We represent the Plaintiffs in the above named matter. There is currently a Memorandum of Law for De Novo Review due on September 03, 2024. We are respectfully requesting an extension of time of 2 weeks to make the new due date September 16, 2024. This extension is being requested to provide Plaintiff with time to receive and file the Certified Administrative Record. On August 22, 2024, Plaintiff's counsel was informed by the State Review Office that the request for the Certified Administrative Record was still "pending", and the record had not been sent out yet. On August 23, 2024, Plaintiffs' counsel received a voicemail from the State Review Office stating in sum and substance, that the office cannot guarantee the certified record will be sent out in time for September 03, 2024 deadline. This is Plaintiffs' second request for an extension in this matter. Plaintiff's previous request for an extension (made on August 06, 2024) was granted.

    Defendants consent to this extension request. Thank you for your consideration.

    Please find the proposed scheduling order below. Thank you for your consideration:
- Plaintiff's Motion for Modified *De Novo* Review due by September 16, 2024;
- Defendant's Opposition and Cross Motion due by October 15, 2024;
- Plaintiff's Opposition to Defendant's Cross Motion and Reply due by November 05, 2024
- Defendant's Reply due by November 08, 2024

**Respectfully,**
*/s/ Gary S. Mayerson*
*/s/ John Hobbs*
Mayerson & Associates

                                                      Attorneys for Plaintiffs

Cc: Bryn Ritchie (BRitchie@law.nyc.gov)

---

**Granted. SO ORDERED.**

Date: 8/26/2024  
New York, New York

*[Signature: Mary Kay Vyskocil]*  
Mary Kay Vyskocil  
United States District Judge