UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
R.F., by his Parents H.F and C.F.,

                      21-cv-01243 (MKV)

         Plaintiff,

                      **NOTICE OF CROSS-**
-against-                **MOTION FOR SUMMARY**
                      **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

         Defendants.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the accompanying Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Summary Judgment Motion, dated October 22, 2024 and all prior pleadings and proceedings herein, Defendant NEW YORK CITY DEPARTMENT OF EDUCATION, will move, under Fed. R. Civ. P. 56, before the Honorable Mary Kay Vyskocil, United States District Judge, at the courthouse located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure (i) granting Defendants' Cross-Motion for Summary Judgment, (ii) denying Plaintiff's Motion for Summary Judgment, (iii) dismissing Plaintiff's Complaint in its entirety, and (iv) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, Plaintiff's Response is due by 11/12/2024 and Defendant's Reply is due by 11/8/2024

Dated:   October 22, 2024
         New York, New York

                                **MURIEL GOODE-TRUFANT**
                                *Acting Corporation Counsel of the City of New York*
                                Attorney for Defendants
                                100 Church Street
                                New York, NY 10007
                                t: (212) 356-0885
                                e: britchie@law.nyc.gov

                        By:         _____s/_____
                                  Bryn Ritchie
                                *Assistant Corporation Counsel*