

**T**HE **C**ITY OF **N**EW **Y**ORK

# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

Bryn M. Ritchie
Assistant Corporation Counsel
phone:   (212)-356-0885
email: britchie@law.nyc.gov

Honorable Mary Kay Vyskocil
United States District Court
Southern District of N.Y.
500 Pearl St.
New York, NY 10007

October 8, 2025

Re: *R.F. v. New York City Department of Education*
Case No: 24-cv-03117-MKV

Your Honor:

      This office represents Defendant City of New York ("City") in the above referenced action. I am an Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant, the New York City Department of Education ("DOE"), in the above-referenced action. Plaintiffs were found to have standing to pursue reasonable attorneys' fees and costs in this matter. On October 8, 2025, Plaintiffs submitted their request for attorneys' fees.

      I write to respectfully request a 90-day stay of this action until January 6, 2026. Plaintiffs have consented to this request. Defendants submit this request in order to allow the parties to attempt to settle that claim without further Court intervention. The parties have not yet resolved the payment of reasonable attorney fees. This Office regularly settles such claims for attorneys' fees without the need to burden the Court and are optimistic that the instant fees application will fully resolve. I also respectfully propose that, if a stay is granted the parties be required to submit a joint status letter in 30 days to the Court on the status of settlement.

      Defendants thank the Court for its consideration in this matter.

Respectfully submitted,

  /s/
_____
Bryn M. Ritchie
Assistant Corporation Counsel

**VIA ECF**
cc:   All attorneys of record

GRANTED. IT IS HEREBY ORDERED that this case is stayed through January 6, 2026. The parties shall jointly advise the Court of the status, but not the substance of settlement in 30 days and every thirty days thereafter and on or before January 2, 2026. If the parties have not reached a settlement agreement on attorneys' fees before January 6, 2026, the stay of this case will be lifted absent good cause demonstrated by the parties and the Court will order continued briefing on attorneys' fees.

SO ORDERED.

Date: 10/9/2025
New York, New York

Mary Kay Vyskocil
United States District Judge